IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                           CASE NO. 5:10-cv-220/RS-EMT

MARION KING, as President
of Chipley Drugs, Inc.,

    Respondent.
_____

## ORDER

Before me is Plaintiff's Motion to Dismiss. (Doc. 12). This case is **dismissed without prejudice**. The clerk is directed to close the file.

**ORDERED** on October 20, 2010

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**